**Order entered August 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00387-CV

**RICHARD PANCHASARP, INDIVIDUALLY AND AS TRUSTEE FOR THE RICHARD J. PANCHASARP TRUST, AND HAMPTON HOLDINGS, LP, Appellants**

**V.**

**SNIVELY ROYALTY ANALYSIS, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01759**

## ORDER

Before the Court is appellants' August 1, 2017 second unopposed motion to extend time to file appellants' brief. We **GRANT** appellants' motion. Appellants' brief shall be filed on or before **August 31, 2017**. We caution appellants that further requests for extension of time will be disfavored.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE